UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

DANNY W. O'BRIEN,            )
        Plaintiff      )
v.                           ) 1:11-CV-00401-JAW
                             )
C.M.S.                       )
        Defendant      )

## RECOMMENDED DECISION

On October 26, 2011, I issued an Order that Plaintiff either pay the required filing fee or file a properly completed application for leave to proceed *in forma pauperis*, by November 9, 2011, failing which I would issue a recommendation that the action be dismissed. As of today's date, Plaintiff has neither paid the required filing fee nor filed a properly completed application for leave to proceed *in forma pauperis*.

Accordingly, it is recommended that the Complaint be **DISMISSED.** This dismissal should be without prejudice, because O'Brien's complaint does state a claim, he has simply failed to complete the process to obtain IFP status.

## NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) (1993) for which *de novo* review by the district court is sought, together with a supporting memorandum, within fourteen (14) days of being served with a copy thereof. A responsive memorandum shall be filed within fourteen (14) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

November 22, 2011

                                            /s/ Margaret J. Kravchuk
                                            U.S. Magistrate Judge