UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANNY W. O'BRIEN, | ) |
| Plaintiff, | ) |
| v. | ) 1:11-cv-00401-JAW |
| C.M.S., | ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed November 22, 2011, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Complaint (Docket # 1) be and hereby is DISMISSED without prejudice.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
CHIEF UNITED STATES DISTRICT JUDGE

Dated this 29th day of December, 2011